IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv323

| | |
|---|---|
| YAHCHANAN CHRISTOPHER REAMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL MARSHALS, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

Pending before the Court is Plaintiff's Motion to Proceed *in forma pauperis* [#1-1]. Plaintiff submitted his Application to Proceed in District Court Without Prepaying Fees or Costs on form AO 240, the short form. The Court **DENIES without prejudice** Plaintiff's motion [# #1-1] and **DIRECTS** Plaintiff to fill out and submit the long form, AO 239, by January 3, 2012.

Signed: December 12, 2011

Dennis L. Howell
United States Magistrate Judge

-1-