# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv323

| | |
|---|---|
| YAHCHANAN CHRISTOPHER REAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FEDERAL MARSHALS, ) | |
| of the Federal Courthouse in Asheville, NC,) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court pursuant to its prior Order of December 13, 2011 [Doc. 2].

By that December 13, 2011, Order the Plaintiff in this matter was notified that his Application to Proceed in District Court without Prepaying Fees or Costs (Short Form) [Doc. 1-1] had been denied. [Doc. 2]. The Plaintiff was directed by Court Order to complete and file the long form Application (ao Form 239) on or before January 3, 2012 in order to pursue this matter. [Id.]. That deadline is now more than one week past, and the Plaintiff has still neither acted in compliance therewith nor paid the requisite filing fee to pursue this matter in this Court. As a result, this action will be dismissed, but the

dismissal will be without prejudice to refiling.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

Signed: January 11, 2012

Martin Reidinger
United States District Judge